IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY GLENN LANFORD, # 17834, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 2:20cv820-WHA-SMD |
| ) | [WO] |
| CHARLES TIPTON, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On October 16, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 2) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE on this 8th day of December, 2020.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE